IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYRIECE WASHINGTON,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>NEBRASKA SUPERIOR COURT,<br><br>　　　　　Respondent. | **8:24CV179**<br><br>**ORDER** |

　　　IT IS ORDERED that the Motion for Leave to Withdraw as Counsel, Filing No. 12, filed by Deputy County Attorney Tim K. Dolan is granted. Deputy County Attorney Tim K. Dolan is removed as counsel of record for Interested Party Douglas County, Nebraska.

　　　Dated this 14th day of February, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge